# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0035.  GENEVA STONE v. THE STATE.

Geneva Stone filed this application for discretionary appeal from the trial court's order that she undergo a mental evaluation to determine her competency to stand trial, among other things.  The trial court entered its order on April 23, 2014, and Stone filed this application on August 29, 2014.  We lack jurisdiction for two reasons.

First, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Stone filed her application 128 days after entry of the order she seeks to appeal.  Therefore, her application is untimely.

Second, since Stone's prosecution remains pending below, the order she seeks to appeal is not final.  Thus, in order to appeal, Stone was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court within the requisite time period.  OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).  For these reasons, this Court lacks jurisdiction over Stone's application for discretionary appeal, and it is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*